Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE     **FORM 3**

| |
|---|
| **Tumac Lumber Co., Inc.**<br><br><br>                           **Plaintiff,**<br>  **v.**<br><br>**UNITED STATES,**<br>                         **Defendant.** |

**S U M M O N S**

Court No. 23-00180

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



_/s/ Mario Toscano_
Clerk of the Court

1.   Plaintiff Tumac Lumber Co., Inc. (sometimes known as Tumac Lumber Company Inc.) is an importer of the subject merchandise.  Plaintiff fully participated as interested parties within the meaning of 19 U.S.C. § 1677(9)(A) in the proceeding before the U.S. Department of Commerce that resulted in the contested determination.  Plaintiff has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2.   Plaintiff contests the U.S. Department of Commerce's Affirmative Final Determination of Circumvention of the Antidumping and Countervailing Duty Orders, Certain Hardwood Plywood Products from the People's Republic of China: Final Scope Determination and Affirmative Final Determination of Circumvention of the Antidumping and Countervailing Duty Orders, 88 Fed. Reg. 46,740 (July 20, 2023) (Case Nos. A-570-051, C-570-052).

3.   The final determination is dated July 14, 2023.

4.   The federal register notice was issued on July 20, 2023.

Form 3-2

_____/s/ Gregory S. McCue_____          Gregory S. McCue
Signature of Plaintiff's Attorney              Steptoe & Johnson LLP
                                               1330 Connecticut Ave. NW
                                               Washington, DC 20036
_____August 16, 2023_____                (202) 429-6421
        Date                                   gmccue@steptoe.com

## CERTIFICATE OF SERVICE

### TUMAC LUMBER CO. V. UNITED STATES

### CIT Court No. 23-00180

Pursuant to USCIT R. 4(b), (h) and (l), I hereby certify that I will cause copies of Plaintiffs' Summons to be served on the following parties by certified mail, return receipt requested.

**Upon the United States of America**
Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
Room 346
26 Federal Plaza
New York, NY 10278

Attorney-in-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20530

**Upon the United States Department of Commerce**
General Counsel U.S. Department of Commerce
U.S. Department of Commerce
1401 Constitution Avenue, N.W. Washington,
DC 20230

/s/ Gregory S. McCue
Gregory S. McCue
Steptoe & Johnson LLP